# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2017

Stephen J. Markman,
Chief Justice

154622(75)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PATRICIA MERCHAND,
          Plaintiff-Appellee,

v

RICHARD L. CARPENTER, M.D.,
          Defendant-Appellant,

and

MID-MICHIGAN EAR, NOSE,
AND THROAT, P.C.,
          Defendant.
_____/

SC: 154622
COA: 327272
Ingham CC: 12-001343-NH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply brief is GRANTED. The reply brief will be accepted as timely filed if submitted on or before January 5, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2017



Clerk